IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:17-cr-195-DPM

DAVID HARTSELL                                              DEFENDANT

ORDER

**1.** Hartsell moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts it. The first issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). Hartsell states in his motion that he fully exhausted his administrative remedies at the time he mailed his motion, but provides no details supporting this conclusory statement. This Court has concluded that § 3582(c)(1)(A)'s exhaustion requirement can't be excused. *United States v. Chastain*, Doc. 120 in E.D. Ark. Case No. 4:18-cr-159-DPM. Hartsell has not established that he has exhausted his administrative remedies.

**2.** Assuming undocumented exhaustion has occurred, the motion fails on the merits. Hartsell is incarcerated at Forrest City, which has many COVID-19 cases, as he notes. Hartsell is also more susceptible to the virus because of his various health issues. He is vaccinated, which

reduces risk, but his concerns are understandable. Hartsell was sentenced to fifteen years after he burned down his apartment building, causing a fire in which some of his neighbors were severely injured. He has a prior arson conviction. He has served less than five years in federal custody. Reducing his sentence by ten years would not protect the public, promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter Hartsell and others. All material things considered, the statute's remedy—reducing his sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 48*, is therefore denied.

3. The Court directs the Clerk to send Hartsell a copy of the *Chastain* Order with this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2022